(121 So. 915)

**Jack BLEVINS v. STATE. (6 Div. 234.)**

Supreme Court of Alabama. April 18, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.

(121 So. 915)

**Grace BROADUS et al. v. Beulah MOOG, Ex'x. (1 Div. 535.)**

Supreme Court of Alabama. April 4, 1929.

PER CURIAM. Affirmed on certificate.

(121 So. 915)

**A. M. BROCKMAN et al. v. F. M. YOUNG, Adm'r, etc. (6 Div. 296.)**

Supreme Court of Alabama. April 4, 1929.

PER CURIAM. Appeal dismissed.

(121 So. 915)

**W. M. BURGE et al. v. C. M. FORBES. (6 Div. 347.)**

Supreme Court of Alabama. March 21, 1929.

Harsh & Harsh, Frank S. White, Jr., and E. C. Crow, all of Birmingham, for petitioners.

Coleman, Coleman, Spain & Stewart, of Birmingham, opposed.

PER CURIAM. Petition of W. M. Burge and the Fidelity & Deposit Company of Maryland for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Burge et al. v. Forbes, 120 So. 577.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(122 So. 917)

**L. P. BURNS, Ex'r, etc., v. Ruth MAY et al. (2 Div. 925.)**

Supreme Court of Alabama. May 9, 1929.

Gamble & Smith and Mallory, Mallory & Lapsley, all of Selma, for appellant.

Hobbs, Craig & Brown, of Selma, for appellees.

FOSTER, J. Affirmed.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.

(121 So. 915)

**S. M. CRAWFORD v. STATE. (6 Div. 360.)**

Supreme Court of Alabama. April 18, 1929.

PER CURIAM. Petition of S. M. Crawford for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Crawford v. State, 121 So. 920.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(121 So. 915)

**Jay (alias J. J.) Davis and Walter DAVIS v. STATE. (7 Div. 844.)**

Supreme Court of Alabama. March 21, 1929.

E. O. McCord & Son, of Gadsden, for appellants.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of appellants.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(121 So. 916)

**Joshua DAY v. C. A. DOSS et al. (6 Div. 340.)**

Supreme Court of Alabama. April 18, 1929.

PER CURIAM. Appeal dismissed by appellant.